| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| JAVIER BECERRA,<br>  Plaintiff,<br><br>*versus*<br><br>UNITED PROPERTY & CASUALTY INSURANCE COMPANY,<br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:18-CV-00511-MAC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

  The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. The court has received and considered the report (Doc. No. 25) of the magistrate judge, which recommends granting Defendant United Property & Casualty Insurance Company's ("UPC") "Amended Motion for Summary Judgment" (Doc. No. 16). As explained in Judge Hawthorn's report, Plaintiff Javier Becerra ("Becerra") has failed to raise a genuine dispute of material fact involving his breach of contract claim, thereby entitling UPC to summary judgment. *See* Doc. No. 25.

  No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 25) is **ADOPTED** and that UPC's "Amended Motion for Summary Judgment" (Doc. No. 16) **GRANTED.** Furthermore, UPC's "Motion for Summary Judgment" (Doc. No. 15) is **DENIED AS MOOT**. Becerra's claims against UPC are **DISMISSED WITH PREJUDICE**.

A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 6th day of January, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE